IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JONNATHAN XAVIER DUTON BUENO,

      Petitioner,

      v.                                              Case No. 1:26-cv-00197 KWR-KK

WARDEN, *Warden of Torrance County Detention Center,*
DAVID EASTERWOOD, Acting Director of Enforcement and Removal Operations,
PAMELA BONDI, *United States Attorney General*,
TODD LYONS, *Acting Director of Immigration and Customs Enforcement,*
*and* KRISTI NOEM*, Secretary of the U.S. Department*
*of Homeland Security*,

      Respondents.

## **ORDER**

      THIS MATTER comes before the Court *sua sponte*. The Court is aware that Petitioner filed a Status Report in *Duton Bueno v. Noem,* 0:26-cv-588 DWF/DJF (D. Minn.) requesting that the District of Minnesota proceed to rule on his Petition. *Id.* Doc. 11.  United States District Judge Donovan W. Frank transferred this case to the District of New Mexico. The Minnesota case is therefore closed. If the parties seek relief, they must file a motion in this case in the District of New Mexico.

      In his Memorandum Opinion and Order, Judge Frank explained that the District of New Mexico has jurisdiction over this case, as Petitioner was detained in New Mexico *when he filed* his habeas petition.  Mem. Op. & Order, Doc. 8 at 3.  The District of New Mexico retains jurisdiction over this case even assuming Petitioner has since been transferred out of district. Opinion, Doc. 8 at 2-3; *Serna v. Commandant, USDB-Leavenworth*, 608 F. App'x 713, 714 (10th Cir. 2015) (quoting *Santillanes v. U.S. Parole Comm'n,* 754 F.2d 887, 888 (10th Cir.1985) ("[i]t

is well established that jurisdiction attaches on the initial filing for habeas corpus relief" and "is not destroyed by a transfer of the petitioner.")).

Therefore, the Court has jurisdiction to rule on the merits of the Petition. The Court issued an order to answer in this case and expects an answer to be filed by the deadline set by the Court. If the parties seek relief in this case, they must file a motion in this case in the District of New Mexico.

**IT IS SO ORDERED.**

                                                                             /S/
                                                                          KEA W. RIGGS
                                                                          UNITED STATES DISTRICT JUDGE