**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

---

JONNATHAN XAVIER DUTON BUENO,

Petitioner,

v. Case No. 1:26-cv-00197 KWR-KK

WARDEN, *Warden of Torrance County Detention Center,*
DAVID EASTERWOOD, Acting Director of Enforcement and Removal Operations,
PAMELA BONDI, *United States Attorney General*,
TODD LYONS, *Acting Director of Immigration and Customs Enforcement,*
*and* KRISTI NOEM*, Secretary of the U.S. Department*
*of Homeland Security*,

Respondents.

**JUDGMENT**

Consistent with the order entered concurrently herewith, this case is dismissed without prejudice.

**IT IS THEREFORE ORDERED AND ADJUDGED** that this case is **DISMISSED WITHOUT PREJUDICE**.

___/S/____________________________
KEA W. RIGGS
UNITED STATES DISTRICT JUDGE